**Jimmy HALL, Plaintiff–Appellant,**

v.

**PRINCE GEORGE'S COUNTY, MARYLAND, Defendant– Appellee.**

No. 03–1373.

United States Court of Appeals, Fourth Circuit.

Submitted June 19, 2003.

Decided June 25, 2003.

Jimmy Hall, Appellant Pro Se. Sean Daniel Wallace, Rhonda Lee Weaver, County Attorney's Office, Upper Marlboro, Maryland, for Appellee.

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Jimmy Hall appeals the district court's order denying relief on his housing discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Hall v. Prince George's County*, No. CA–01–2909–DKC (D.Md. Mar. 4, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*